```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

BASSETT SEAMLESS GUTTERING,   )
INC.,                         )
                              )
          Plaintiff,          )
                              )
     v.                       )    CIVIL NO. 1:05CV00184
                              )
GUTTERGUARD, LLC; GUTTERGUARD,)
INC. f/k/a GutterGuard of     )
North Carolina, Inc.; DIXIE   )
HOMECRAFTERS, INC.; and       )
K-GUARD, LLC,                 )
                              )
          Defendants.         )


                       O R D E R

BULLOCK, District Judge

     For the reasons set forth in the memorandum opinion filed contemporaneously herewith, IT IS ORDERED that Defendant K-Guard, LLC's motion [Doc. #11] to dismiss Plaintiff's claims against it pursuant to Rule 12(b)(3), Federal Rules of Civil Procedure, is **GRANTED**, and all Plaintiff's claims against Defendant K-Guard, LLC are **DISMISSED** without prejudice.  Defendant K-Guard, LLC's alternate motion [Doc. #11] to transfer pursuant to 28 U.S.C. § 1404(a) is **DENIED.**

     IT IS FURTHER ORDERED that Plaintiff's claims against the remaining Defendants GutterGuard, LLC, GutterGuard, Inc., f/k/a

GutterGuard of North Carolina, Inc., and Dixie Homecrafters, Inc., are **SEVERED** and will be retained in this court.

The Clerk is directed to schedule a prompt Rule 26(f), Federal Rules of Civil Procedure, discovery conference in this court for Plaintiff and the remaining Defendants.

January 20, 2006                                /s/ Frank W. Bullock, Jr.
                                                United States District Judge

2